UNION CARBIDE CORPORATION, Appellant, v AFFILIATED FM INSURANCE COMPANY et al., Defendants, and CONTINENTAL CASUALTY COMPANY et al., Respondents.

Submitted April 4, 2011; decided May 3, 2011

Motion for reargument denied [*see* 16 NY3d 419 (2011)].